**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LAWRENCE SMITH, | Case No. EDCV 13-1907 SS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JERRY BROWN, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  February 19, 2014

_____
                    /S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE